# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas W. Blickos               CHAPTER 13
                Debtor
                                       BKY. NO. 16-13980 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, and index same on the master mailing list.

Re: Loan # Ending In: 3515

                                        Respectfully submitted,

                                        **/s/Joshua I. Goldman, Esquire**
                                        Thomas Puleo, Esquire
                                        Joshua I. Goldman, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406