# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13980-ELF

THOMAS W. BLICKOS

7334 W. Passyunk Ave.

Philadelphia, PA 19142-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    THOMAS W. BLICKOS

    7334 W. Passyunk Ave.

    Philadelphia, PA 19142-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102

Date: 8/18/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee