# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 16-13980-ELF

THOMAS W. BLICKOS

7334 W. Passyunk Ave.

Philadelphia, PA 19142-

        Debtor

### CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    THOMAS W. BLICKOS

    7334 W. Passyunk Ave.

    Philadelphia, PA 19142-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                /s/ William C. Miller

Date: 12/14/2016

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee