United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13980-elf
Thomas W. Blickos                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG            Page 1 of 2              Date Rcvd: Dec 21, 2016
                              Form ID: pdf900            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db             +Thomas W. Blickos,    7334 W. Passyunk Ave.,    Philadelphia, PA 19142-1544
13738732       +Beneficial Consumer Discount Co.,    2350 MacDade Blvd.,    Attn: Bankruptcy Dept.,
                 Holmes, PA 19043-1511
13738734       +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Ctr,    701 Market St.,
                 Attn: Bankruptcy Dept.,    Philadelphia, PA 19106-1538
13775602       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13738736       +Midfirst Bank,    999 N.W. Grand Blvd, Suite 100,    Attn: Bankruptcy Dept.,
                 Oklahoma City, OK 73118-6051
13738737       +P.G.W.,    800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
13738738      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court: Wachovia Bank,    P.O. BOX 563962,    Attn: Bankruptcy Dept.,
                 Charlotte, NC 28256-3962)
13738739        Water Revenue Bureau,    1401 J.F.K. Blvd.,    Attn: Bankruptcy Dept.,
                 Philadelphia, PA 19102-1663
13738740       +Wells Fargo Bank,    P.O. BOX 63491 MAC A0143-042,    Attn: Bankruptcy Dept.,
                 San Francisco, CA 94163-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2016 02:09:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2016 02:09:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13738730        E-mail/Text: hartsont@einstein.edu Dec 22 2016 02:08:57     Albert Einstein Healthcare Network,
                 101 E. Olney Ave., Suite 301,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19120-2470
13738731        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2016 02:03:15
                 American InfoSource LP as agent for,    T-Mobile/T-Mobile USA, Inc.,    P.O. BOX 248848,
                 Attn: Banrkuptcy Dept.,    Oklahoma City, OK 73124-8848
13780977        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2016 02:02:38
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13738733        E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:20
                 City of Philadelphia - Law Department,    One Parkway Building, 15th floor,    1515 Arch Street,
                 Philadelphia, PA 19102-1595
13824319       +E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:21
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13738735        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2016 02:02:55     LVNV Funding , LLC,
                 c/o Resurgent Capital Services,    P.O. BOX 10587,    Attn: Bankruptcy Dept.,
                 Greenville, SC 29603-0587
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2             Date Rcvd: Dec 21, 2016
                              Form ID: pdf900            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Thomas W. Blickos efiling@mlatzes-law.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                            TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| THOMAS W. BLICKOS | : | |
| Debtor(s) | : | Bky. No.  16-13980 ELF |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  12/20/16

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE